# EXHIBIT A



**We know business matters.**

Amy B. Royal*
aroyal@royallp.com

Rosemary J. Nevins++
Deborah A. Ferriter
Frederick D. Royal
Benjamin A. Bristol*
Robert Aronson**+
Kelley Cooper Miller***+
Peter P. Fenton+
Michael J. Fenton+
*also admitted in Connecticut
**also admitted in New York
***admitted in New Jersey
+of counsel
++Senior Counsel

May 19, 2011

Matthew J. Wayne, Esq.
Rodman, Walker & Di Marco LLC
72 River Park
Needham, MA 02494

> RE:  James Lail v.
> SFBC, LLC and Allen Rabinow
> Civil Action No. 4:10-CV-40141-FDS

Dear Attorney Wayne:

Enclosed please find our *Notice of Taking Deposition* of James Lail which we have scheduled for July 21, 2011 at 10:00 a.m. at my office here in Northampton.

Please contact me should you have any questions.  Thank you.

Sincerely,

Amy B. Royal

ABR:amm

Enclosure

cc (w/encl.):  SFBC, LLC
Allen Rabinow
Catuogno Court Reporting

270 PLEASANT STREET
NORTHAMPTON, MA 01060

1350 MAIN STREET, 4TH FLOOR
SPRINGFIELD, MA 01103

(413) 586-2288
FACSIMILE (413) 586-2281
WWW.ROYALLLP.COM

*ROYAL LLP IS A SOMWBA-CERTIFIED WOMAN'S BUSINESS ENTERPRISE*

# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JAMES LAIL,

Plaintiff,

vs.

CIVIL ACTION NO. 4:10-CV-40141-FDS

SFBC, LLC and ALLEN RABINOW,

Defendants.

## NOTICE OF TAKING DEPOSITION

TO:   Matthew J. Wayne, Esq.
Rodman, Walker & Di Marco LLC
72 River Park
Needham, MA 02494

Please take notice that commencing at **10:00 a.m.** on **Thursday, July 21, 2011** at the offices of **Royal LLP, 270 Pleasant Street, Northampton, MA 01060**, the Defendant, SFBC, LLC, by its attorney, Amy B. Royal, Esq., will take the deposition upon oral examination of **James Lail**, by an officer authorized by law to administer oaths. The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

Respectfully Submitted,

Amy B. Royal, Esq.
BBO #647175
Counsel for Defendants
Royal LLP
270 Pleasant Street
Northampton, Massachusetts 01144
Tel. (413) 586-2288/Fax (413) 586-2281

Dated: May 19, 2011

cc:  Catuogno Court Reporting
SFBC, LLC
Allen Rabinow

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice of Taking Deposition* was served upon the attorney of record for each other party, Matthew J. Wayne, Esq., Rodman, Walker & Di Marco LLC, 72 River Park, Needham, MA 02494, by first-class, U.S. mail, postage pre-paid, on May 19, 2011.

Amy B. Royal, Esq.