# EXHIBIT C



We know business matters.

Deborah A. Ferriter
dferriter@royallp.com

Amy B. Royal*
Rosemary J. Nevins
Frederick D. Royal
Benjamin A. Bristol*
Robert Aronson**+
Kelley Cooper Miller***+
Peter P. Fenton+
Michael J. Fenton+
*also admitted in Connecticut
**also admitted in New York
*** admitted in New Jersey
+of counsel

July 20, 2011

Matthew J. Wayne, Esq.
Rodman, Walker & Di Marco LLC
72 River Park
Needham, MA 02494

> RE: James Lail v.
> SFBC, LLC, et al.
> <u>Civil Action No. 4:10-CV-40141-FDS</u>

Dear Mr. Wayne:

Enclosed is our *Notice of Taking Deposition* of James Lail which we have scheduled for Tuesday, August 2, 2011 at 10 a.m. here in our Northampton office.

Please contact me should you have any questions. Thank You.

Sincerely,

Deborah A. Ferriter

DAF:ts

cc (w/encl):  Catuogno Court Reporting
SFBC, LLC
Allen Rabinow

270 PLEASANT STREET
NORTHAMPTON, MA 01060

1350 MAIN STREET, 4TH FLOOR
SPRINGFIELD, MA 01103

(413) 586-2288
FACSIMILE (413) 586-2281
WWW.ROYALLLP.COM

ROYAL LLP IS A SOMWBA CERTIFIED WOMAN'S BUSINESS ENTERPRISE

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JAMES LAIL,

Plaintiff,

vs.                                                    CIVIL ACTION NO. 4:10-CV-40141-FDS

SFBC, LLC and ALLEN RABINOW,

Defendants.

## NOTICE OF TAKING DEPOSITION

TO:   Matthew J. Wayne, Esq.
Rodman, Walker & Di Marco LLC
72 River Park
Needham, MA  02494

Please take notice that commencing at **10:00 a.m.** on **Tuesday, August 2, 2011** at the offices of **Royal LLP, 270 Pleasant Street, Northampton, MA  01060**, the Defendant, SFBC, LLC, by its attorney, Deborah A. Ferriter, Esq., will take the deposition upon oral examination of **James Lail**, by an officer authorized by law to administer oaths.  The oral examination will continue from day to day until completed. You are invited to attend and cross-examine.

Respectfully Submitted,

Deborah A. Ferriter, Esq.
BBO #568179
Counsel for Defendants
Royal LLP
270 Pleasant Street
Northampton, Massachusetts  01144
Tel. (413) 586-2288/Fax (413) 586-2281

Dated:  July _20_, 2011

cc:  Catuogno Court Reporting
SFBC, LLC
Allen Rabinow

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing *Notice of Taking Deposition* was served upon the attorney of record for each other party, Matthew J. Wayne, Esq., Rodman, Walker & Di Marco LLC, 72 River Park, Needham, MA 02494, by first-class, U.S. mail, postage pre-paid, on July 20, 2011.

Deborah A. Ferriter, Esq.