UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Lail,
      Plaintiff(s),

V.

SFBC, LLC, et al.,
      Defendant(s),

CIVIL ACTION

NO. 10-40141- FDS

### SETTLEMENT ORDER OF DISMISSAL

Saylor, D. J.

    The Court having been advised on ___February 29, 2012___ that the above-entitled action has been settled;

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

By the Court,

February 29, 2012
Date

/s/ Martin Castles
Deputy Clerk