UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JAMES LAIL,<br><br>                             Plaintiff,<br><br>v.<br><br>SFBC, LLC and ALLEN RABINOW,<br><br>                             Defendants. | CIVIL ACTION NO. 4:10-CV-40141-FDS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the parties to this action and hereby stipulate, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that all claims in this action be dismissed, including, all original and amended complaints, with prejudice and without costs.

For Plaintiff

/s/ Matthew J. Wayne
Matthew J. Wayne
BBO #674923
Counsel for Plaintiff
Rodman Law Group LLC
36 Washington Street, Suite 190
Wellesley, Massachusetts  02481
Tel.: (781) 237-5500/Fax: (781) 237-5550

For Defendants

/s/ Amy B. Royal
Amy B. Royal, Esq.
BBO #647175
Counsel for Defendants
Royal LLP
270 Pleasant Street
Northampton, Massachusetts  01060
Tel.: (413) 586-2288/Fax: (413) 586-2281

Dated:  March 15, 2012

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing Stipulation of Dismissal With Prejudice was served upon the attorney of record for all parties via the Court's electronic filing system on March 15, 2012.

/s/ Matthew J. Wayne
Matthew J. Wayne